UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

HELEN BILEZIKJIAN,          )  No. CV 07-05205-VBK
                          )
           Plaintiff,   )  JUDGMENT
                          )
     v.                  )
                          )
MICHAEL J. ASTRUE,        )
Commissioner of Social    )
Security,                )
                          )
          Defendant.   )
                          )

    **IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

    **IT IS ALSO ORDERED** that the matter is dismissed with prejudice.


DATED:  May 9, 2008                 /s/
                              VICTOR B. KENTON
                              UNITED STATES MAGISTRATE JUDGE